IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA DINICOLA, | : |
| Plaintiff, | : CIVIL CASE |
| v. | : No. 2:13-cv-04419-JP |
| BAYER HEALTHCARE PHARMACEUTICALS, Inc. | : |
| Defendants. | : |

### RULE 41(a)(1)(A) NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, Jessica DiNicola, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A), voluntarily dismisses all claims against Defendant, Bayer Healthcare Pharmaceuticals, Inc., without prejudice.

The Defendant, Bayer Healthcare Pharmaceuticals, Inc., has not filed an answer or motion for summary judgment. Therefore, this matter may be dismissed under Fed. R. Civ. P. 41(a)(1)(A) without prejudice and without an order of this Court.

Respectfully submitted,
**LOPEZ McHUGH, LLP**

Dated: October 24, 2013          By: _____
Lopez McHugh, LLP
James J. McHugh, Jr.
Carrie R. Capouellez
Joshua M. Mankoff
1123 Admiral Peary Way
Philadelphia, PA 19112
215-952-6910

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Notice of Dismissal has been filed electronically and is available for viewing and downloading from the ECF system of the U.S. District Court for the Eastern District of Pennsylvania, and that the same has been served via electronic filing on October 24, 2013 upon the following attorneys for Defendant:

Albert G, Bixler, Esq.
ECKERT SEAMANS CHERIN & MELLOTT LLC
Two Liberty Place 22nd Fl.
50 South 16th Street
Philadelphia, PA 19102
abixler@eckertseamans.com

/s/ Joshua M. Mankoff
Attorney for Plaintiff